# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. C. JOHNSON, Warden,<br><br>　　　　　Respondent. | Case No. CV 19-5318 DSF (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1     **IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record and on counsel for Respondent.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 19, 2019

                                               /s/ Dale S. Fischer

                                   Honorable Dale S. Fischer
                                   UNITED STATES DISTRICT JUDGE