UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GONZALEZ,<br><br>          Petitioner,<br><br>   v.<br><br>R.C. JOHNSON, Warden,<br><br>          Respondent. | Case No. CV 19-5318 DSF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DIRECTING RESPONDENT TO ANSWER PETITION AS MODIFIED** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Amended Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge. However, the citation to *Kelly v. Small* on page two, line 12 is corrected to include the reporter reference, *i.e.*, 315 F.3d 1063.

IT IS ORDERED that:

(1) Petitioner's requests for a stay under either *Rhines v. Weber*, 544 U.S. 269 (2005), or *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003),

*overruled on other grounds by Robbins v. Carey*, 481 F.3d 1143 (9th Cir. 2007), are DENIED on the ground that a stay would be futile because the claim Petitioner seeks to exhaust is plainly meritless;

(2) Petitioner's unexhausted claim in Ground 3 is DENIED on the merits pursuant to 28 U.S.C. § 2254(b)(2); and

(3) Respondent is ORDERED to answer surviving Grounds 1, 2, 4 and 5 of the Petition within thirty days of the date of this Order.

IT IS SO ORDERED.

DATED: August 18, 2020

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE