JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GONZALEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R. C. JOHNSON, Warden,<br><br>　　　　　　Respondent. | Case No. CV 19-5318 DSF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 1, 2021

　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE